UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Raymond A McKeel<br>    Edwinner T Joyner<br>             Debtor(s) | Case No. 10 B 31000 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/12/2010.

2) The plan was confirmed on 09/01/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/01/2010, 11/16/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/02/2013.

5) The case was Dismissed on 01/27/2014.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,102.18 |
| Less amount refunded to debtor | $143.08 |
| **NET RECEIPTS:** | **$11,959.10** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,514.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $555.22 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,069.22** |

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| Alliance One | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 367.00 | 367.82 | 367.82 | 9.82 | 0.00 |
| Asset Acceptance | Unsecured | NA | 394.58 | 394.58 | 10.54 | 0.00 |
| Cash America Jewelry & Loan Of Chicago | Secured | 400.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| CBE Group | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| Cda/Pontiac | Unsecured | 443.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 5,000.00 | 6,664.60 | 6,664.60 | 178.02 | 0.00 |
| Clyde Franklin | Unsecured | 5,441.00 | NA | NA | 0.00 | 0.00 |
| Country Door | Unsecured | 66.00 | 66.85 | 66.85 | 1.78 | 0.00 |
| Credit Acceptance Corp | Secured | 7,848.00 | 4,462.80 | 6,155.40 | 6,155.40 | 370.71 |
| Credit Acceptance Corp | Unsecured | 9,209.00 | 9,208.50 | 9,208.50 | 245.97 | 0.00 |
| Credit Management Co. | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 1,141.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | NA | 1,428.34 | 1,428.34 | 38.15 | 0.00 |
| Educational Credit Management Corp | Unsecured | 6,126.00 | 6,172.41 | 6,172.41 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 408.00 | NA | NA | 0.00 | 0.00 |
| First Rate Financial | Unsecured | 1,050.00 | NA | NA | 0.00 | 0.00 |
| Firstsource Financial Solutions | Unsecured | 1,661.00 | NA | NA | 0.00 | 0.00 |
| Ginny's | Unsecured | NA | 425.91 | 425.91 | 11.38 | 0.00 |
| Harvard Collection Services In | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 2.96 | 2.96 | 0.08 | 0.00 |
| Internal Revenue Service | Priority | 627.00 | 627.38 | 627.38 | 627.38 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 209.40 | 209.40 | 5.59 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 225.24 | 225.24 | 6.02 | 0.00 |
| Lake Imaging LLC | Unsecured | NA | 48.00 | 48.00 | 1.28 | 0.00 |
| Midnight Velvet | Unsecured | 73.00 | 73.90 | 73.90 | 1.97 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midstate Collection | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Midstate Collection | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 1,670.00 | NA | NA | 0.00 | 0.00 |
| Peggy Albin | Unsecured | 1,355.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 68.00 | 83.13 | 83.13 | 2.22 | 0.00 |
| Premier Bankcard | Unsecured | 444.00 | 444.91 | 444.91 | 11.88 | 0.00 |
| Quantum3 Group | Unsecured | NA | 4,554.52 | 4,554.52 | 121.65 | 0.00 |
| Receivables Management Inc | Unsecured | 200.00 | 450.00 | 450.00 | 12.02 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 501.97 | 501.97 | 13.41 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 112.37 | 112.37 | 3.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 352.87 | 352.87 | 9.43 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 499.26 | 499.26 | 13.34 | 0.00 |
| Santa Barbara Bank & Trust | Unsecured | 3,800.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 1,300.00 | 1,454.00 | 1,454.00 | 38.84 | 0.00 |
| Superior Mortgage | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Tower Loan | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 2,453.00 | 2,566.22 | 2,566.22 | 0.00 | 0.00 |
| West Asset Management | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| Wyndham Discovery Vacations | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $6,555.40 | $6,155.40 | $370.71 |
| **TOTAL SECURED:** | **$6,555.40** | **$6,155.40** | **$370.71** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $627.38 | $627.38 | $0.00 |
| **TOTAL PRIORITY:** | **$627.38** | **$627.38** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$39,807.76** | **$736.39** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,069.22 |
| Disbursements to Creditors | $7,889.88 |
| **TOTAL DISBURSEMENTS** : | **$11,959.10** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/11/2014             By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**